2017R00320/SCF

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 21- 626 (KM) |
| SELVIA ZAKLAMA | : | 26 U.S.C. § 7201 |

### INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT ONE
(Tax Evasion)

From at least in or around May 2016 through in or around June 2017, in the District of New Jersey and elsewhere, the defendant,

**SELVIA ZAKLAMA,**

a resident of Hudson County, New Jersey, willfully attempted to evade and defeat the payment of income tax due and owing by her to the United States of America for the calendar years 1992, 1993, 1994, 1995, 1996, 1997, 1999, 2000, and 2001, by committing the following affirmative acts, among others:

1. Before May 2016, Zaklama owed millions of dollars to the Internal Revenue Service ("IRS") in connection with her federal income tax liabilities and related penalties from tax years 1992 through 1997, and 1999 through 2001. Zaklama failed to satisfy these tax liabilities. As a result, in or around May 2016, the IRS levied a bank account Zaklama controlled and used to receive income and pay expenses ("Bank Account-1"). Zaklama became aware of the

levy after the IRS seized funds from Bank-Account-1 shortly after establishing the levy.

2. To prevent the IRS from seizing additional funds from Bank Account-1, Zaklama began making cash deposits into Bank Account-1 and then immediately withdrawing the funds through cashier's checks.

3. For example, on or about June 28, 2017, Zaklama made a $2,530 cash deposit into Bank Account-1. She then immediately withdrew $2,529.15 in cashier's checks from Bank Account-1.

4. As a result of these affirmative acts of evasion, the IRS was unable to enforce the levy or recover any additional funds from Bank Account-1.

In violation of Title 26, United States Code, Section 7201.

A TRUE BILL

FOREPERSON

RACHAEL A. HONIG
Acting United States Attorney

CASE NUMBER: 21-626 (KM)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**SELVIA ZAKLAMA**

## INDICTMENT FOR

26 U.S.C. § 7201

A True Bill,



Foreperson

### RACHAEL A. HONIG
*ACTING UNITED STATES ATTORNEY*
*FOR THE DISTRICT OF NEW JERSEY*

Samantha C. Fasanello
*Assistant U.S. Attorney*
*Newark, NJ*
*973-297-4388*